## CERTIFICATE OF SERVICE

I, Alyson N. Villano, hereby certify that a copy of the Notice of Defendants Tully Construction Co. Inc. and Tully Industries, Inc.'s Motion to Transfer, Memorandum of Law in support of Defendants Tully Construction Co. Inc. and Tully Industries, Inc. Motion to Transfer and the Supplemental Certification of Joseph E. Hopkins, in the action captioned *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102, has been served upon all parties on the attached service list via email on Friday, November 9, 2007.

/s/ Alyson N. Villano
Alyson N. Villano
PATTON BOGGS LLP
1675 Broadway
New York, New York 10019-5820
(212) 246-5100

-and-

One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102-0301
(973) 848-5600

## SERVICE LIST

Battery Park City Authority
c/o John Flannery
Wilson Elser Moskowitz Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604

Gregory J. Cannata
Law Office of Gregory J. Cannata
233 Broadway

New York, NY 10279

Robert J. Higgins
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, N.W.
Washington, DC 20037

Todd Weisman
Lionshead 110 Development, LLC
Eschen, Frenkle & Weisman, LLP
20 West Main Street
Bay Shore, NY 11706

Christopher LoPalo
Worby, Groner, Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Case 1:07-cv-01606-AKH    Document 24-3    Filed 11/09/2007    Page 2 of 2